IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**VINCENT RIVERA,**

        **Plaintiff,**

vs.                               **CASE NO. 4:01-CV-266-SPM**

**FLORIDA STATE PRISON,** *et al.*,

        **Defendants.**

_____/

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**

**THIS CAUSE** comes before the Court upon Plaintiff's motion for a certificate of appealability (doc. 11) filed August 26, 2005. The Court will not issue a certificate of appealability because Plaintiff has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). As noted in this Court's order denying the motion for reconsideration (doc. 9), the Middle District of Florida is the district of Plaintiff's conviction and confinement; thus, the case was properly transferred there. Plaintiff is attempting to appeal that decision based on an alleged conspiracy by pharmaceutical manufacturers to use unsuspecting citizens as test subjects for psychotropic drugs.

Accordingly, it is

**ORDERED AND ADJUDGED** that the motion for certificate of

appealability (doc. 11) is hereby *denied*.

**DONE AND ORDERED** this <u>eighth</u> day of September, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao